# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| GOLDMAN VISTA HOLDINGS LLC DBA KRYSTAL CLEAN CAR WASH, | § § § |  |
|---|---|---|
| Plaintiff, | § § |  |
| vs. | § § | CIVIL ACTION NO. 4:22-cv-431 |
| OHIO SECURITY INSURANCE COMPANY, | § § § § |  |
| Defendant. | § § |  |

### INDEX OF DOCUMENTS FILED IN STATE COURT

Pursuant to Local Rule 81.1 (a)(4)(A), Defendant Ohio Security Insurance Company files this Index of Documents Filed in State Court, as of the date Ohio Security Insurance Company filed its Notice of Removal, and as of the date of this Index being filed.

| No. | Document Filed | Filing Party | Date Filed |
|---|---|---|---|
| A-1 | Civil Case and Transaction Information | Court | 04/07/2022 |
| A-2 | Plaintiff's Original Petition | Plaintiff | 04/07/2022 |
| A-3 | Citation Issued to Ohio Security Insurance Company | Court | 04/12/2022 |
| A-4 | Green Card (signed) | Plaintiff | 05/02/2022 |
| A-5 | Defendant's Answer to Plaintiff's Original Petition | Defendant | 05/16/2022 |

May 18, 2022                                                          Respectfully Submitted,

                                                            /s/Kieran W. Leary
**Kieran W. Leary**
Texas State Bar No. 24108517
kieran.leary@wilsonelser.com
**Jeffrey D. Hill**
Texas State Bar No. 24089223
Jeffrey.hill@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
(214) 698-8000 - telephone
(214) 698-1101 – telecopier

**ATTORNEYS FOR DEFENDANT OHIO SECURITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and correct copy of the foregoing document was electronically filed and duly served upon all parties entitled to receive notice via the Court's CM/ECF Court Filing System this 18th day of May, 2022.

                                                            /s/ Kieran W. Leary
                                                            Kieran W. Leary