# EXHIBIT A-1



# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information           05/17/2022 2:01 PM

**Court :** [ 236 ▾ ]   **Case :** [ 332949 ]   [ Search ]   [ New Search ]   ☐ Show Service Documents ONLY

**Cause Number : 236-332949-22**             **Date Filed : 04-07-2022**

GOLDMAN VISTA HOLDINGS LLC    **| VS |**    OHIO SECURITY INSURANCE COMPANY

**Cause of Action :** OTHER CIVIL, OTHER

**Case Status :** PENDING

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|-----------|-------------|---|---|--------------|-----------------|
| 04-07-2022 | PLTF'S ORIG PET | 📄 | N | $350.00 | |
| 04-07-2022 | PAYMENT RECEIVED trans #1 | | Y | | $213.00 |
| 04-07-2022 | PAYMENT PAID TO STATE trans #1 | | Y | | $137.00 |
| 04-07-2022 | COPIES - PAPER OR CONVERTED | | N | $10.00 | |
| 04-07-2022 | PAYMENT RECEIVED trans #4 | | Y | | $10.00 |
| 04-07-2022 | CIT Cert Mail-ISSUED ON OHIO SECURITY INSURANCE COMPANY-On 04/12/2022 | 📄 | N   Svc | $83.00 | |
| 04-07-2022 | PAYMENT RECEIVED trans #6 | | Y | | $83.00 |
| 04-07-2022 | JURY REQUESTED | | Y | | $0.00 |
| 04-11-2022 | COPIES - PAPER OR CONVERTED | | N | $1.00 | |

Case 4:22-cv-00431-Y   Document 1-2   Filed 05/18/22   Page 3 of 3   PageID 10

| 04-11-2022 | PAYMENT RECEIVED trans #9 | | Y | | $1.00 |
|---|---|---|---|---|---|
| 05-02-2022 | GREEN CARD - OHIO SECURITY INSURANCE CO | | | | $0.00 |
| 05-16-2022 | DEFN OHIO SECURITY INSURANCE CO. ORIG ANS & AFFIRMATIVE DEFENSES TO PLTF ORIG PET | | | | $0.00 |