UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GOLDMAN VISTA HOLDINGS LLC §<br>DBA KRYSTAL CLEAN CAR WASH §<br>§<br>    Plaintiff, §<br>§<br>vs. §<br>§<br>OHIO SECURITY INSURANCE §<br>COMPANY, §<br>§<br>    Defendant. § | CIVIL ACTION NO.  4:22-cv-431 |

---

**DEFENDANT OHIO SECURITY INSURANCE COMPANY'S
CERTIFICATE OF INTERESTED PERSONS
AND DISCLOSURE STATEMENT**

---

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ohio Security Insurance Company ("Ohio") provides the following information:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

The name(s) of Defendant Ohio Security Insurance Company's parent corporation and any publicly held corporation that owns 10% or more of its stock:

- Ohio Security Insurance Company is a company organized under the laws of the State of New Hampshire and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts.

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

- Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company and Employers Insurance Company of Wausau.

- Liberty Mutual Insurance Company owns 78%, Liberty Mutual Fire Insurance Company owns 6%, Peerless Insurance Company owns 8% and Employers Insurance Company of Wausau owns 8% of the stock of Ohio Casualty Corporation.

- Ohio Casualty Corporation owns 100% of the stock of The Ohio Casualty Insurance Company.

- The Ohio Casualty Insurance Company owns 100% of the stock of Ohio Security Insurance Company.

2. A complete list of all persons, association of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    a. Goldman Vista Holdings LLC d/b/a Krystal Clean Car Wash.

    b. Ohio Security Insurance Company.

    c. Matthew R. Pearson and Jarryd S. Morton

    d. Pearson Legal, P.C.

May 18, 2022                                  Respectfully Submitted,

                                                                                         /s/Kieran W. Leary
**Kieran W. Leary**
Texas State Bar No. 24108517
kieran.leary@wilsonelser.com
**Jeffrey D. Hill**
Texas State Bar No. 24089223
Jeffrey.hill@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
(214) 698-8000 - telephone
(214) 698-1101 – telecopier

**ATTORNEYS FOR DEFENDANT OHIO SECURITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and correct copy of the foregoing document was electronically filed and duly served upon all parties entitled to receive notice via the Court's CM/ECF Court Filing System this 18TH day of May, 2022.

                                                /s/ Kieran W. Leary
                                                Kieran W. Leary