UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GOLDMAN VISTA HOLDINGS LLC § <br> DBA KRYSTAL CLEAN CAR WASH § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> OHIO SECURITY INSURANCE § <br> COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:22-CV-431-Y |

# FINAL JUDGMENT

In accordance with the Joint Stipulation of Dismissal filed on January 23, 2023 (doc. 17) and Federal Rule of Civil Procedure 58, all claims and causes of action which were or could have been asserted herein by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED January 25, 2023.

　　　　　　　　　　　　　　　　　　　　　_/s/ Terry R. Means_
　　　　　　　　　　　　　　　　　　　　　TERRY R. MEANS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE